April 14, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

EMMA E. DU BOIS, INDIVIDUALLY AND IN HER CAPACITY AS REPRESENTATIVE OF THE ESTATE OF DORA MILLER DU BOIS, DECEASED, Appellant

NO. 14-15-01032-CV                  V.

MUHAMMAD IRFAN, M.D., AND ABBAS LOKHANDWALA, M.D., Appellees

_____

Today the Court heard appellees' motion to dismiss the appeal from the order signed by the court below on November 16, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Emma E. Du Bois.

We further order this decision certified below for observance.